396 A.2d 43

Commonwealth v. Nolan, Appellant.

Argued March 28, 1978. C. Dean Francis, for appellant; L. Kaplan, Assistant District Attorney, with him Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

The above case was decided prior to the retirement of HOFFMAN, J.

396 A.2d 44

Commonwealth v. Oglesby, Appellant.

Submitted September 12, 1977. John W. Packel, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.